UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          JS-6

| | |
|---|---|
| Francisco Manuel Muñoz,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　　Respondent. | ED 16 CV 00252 VAP<br>ED 15 CR 00005 VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Relief under 28 U.S.C. § 2255 is DENIED. Petitioner's request for a certificate of appealability is also DENIED. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:　5/27/16

　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　United States District Judge